DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUANITA ALLEN** and **LORENZO ALLEN,**
Appellants,

v.

**BANK OF NEW YORK MELLON,** f/k/a **BANK OF NEW YORK**
as Successor Trustee to **JP MORGAN CHASE, N.A.**
as Trustee for Asset Backed Funding Corporation Asset Backed
Certificates, Series 2003-AHL1,
Appellee.

No. 4D21-1270

[December 2, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE14-009009.

Juanita Allen and Lorenzo Allen, Parkland, pro se.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***